# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 22-cv-00075

GARY L. LEHMAN,

       Plaintiff,

v.

AMERICAN AIRLINES, INC., and
IAM NATIONAL PENSION FUND,

       Defendants.

## DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF REMOVAL

Defendant American Airlines, Inc. ("American") hereby removes this action to this Court from the County Court, Denver County, Colorado under 28 U.S.C. §§ 1331, 1441, and 1446 and D.C.COLO.LCivR 81.1. The grounds for removal are as follows:

### I.     STATE-COURT ACTION

1. On December 16, 2021, Plaintiff Gary L. Lehman served a Summons and filed a Complaint Under Simplified Civil Procedure ("Complaint") in the County Court, Denver County, Colorado, captioned *Gary L. Lehman v. American Airlines Inc. et al.*, Case No. 2021CO1151. A true and correct copy of the Complaint is attached as Exhibit A.

2. As required by 28 U.S.C. § 1446(a), Exhibits A-I comprise all of the "process, pleadings, and orders" filed in the state-court action.

3. American was served with a summons and a copy of the Complaint on December 16, 2021. *See* Ex. C.

4. On January 5, 2022, the state court granted American's motion for continuance and American's current state-court answer deadline is January 11, 2022. Ex. G.

5. Under 28 U.S.C. § 1446(b), this notice of removal is timely because it is being filed within 30 days of American's receipt of the summons and Complaint.

6. Under 28 U.S.C. § 1446(b)(2)(A), all properly joined and served defendants must join in and consent to the removal of this action. That requirement is satisfied here. First, undersigned counsel conferred with counsel for Defendant IAM National Pension Fund (the "Pension Fund") and the Pension Fund consents to the removal of this action. Second, upon information and belief, the Pension Fund has not been properly served. The Complaint included a request for leave to serve the Pension Fund by certified mail, and Plaintiff filed a return of service indicating he did, in fact, serve the Pension Fund by certified mail. But the Colorado Rules of Civil Procedure authorize service by mail only in actions affecting specific property or other proceedings in rem, or via substituted service after a motion. Colo. R. Civ. P. 4(f), (g). The state court did not rule on Plaintiff's request to serve by mail and therefore the Pension Fund has not been properly served.

7. Thus, regardless of whether it was properly served, the Pension Fund consents to the removal, and therefore removal is proper.

## II. FEDERAL-QUESTION JURISDICTION

8. Federal-question jurisdiction exists under 28 U.S.C. § 1331, because Plaintiff asserts a cause of action for violation of federal law. Namely, Plaintiff alleges Defendants improperly terminated his benefits under the Pension Fund, which is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*. This federal cause

of action arises under the laws of the United States and the district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331; *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 378 (2012) ("[W]hen federal law creates a private right of action and furnishes the substantive rules of decision, the claim arises under federal law, and district courts possess federal-question jurisdiction.").

9. Therefore, because Plaintiff's Complaint requires resolution of a federal question, this action may be removed. 28 U.S.C. § 1441.

### III.   VENUE

10. Under 28 U.S.C. §§ 1441(a) and 1446(a), a civil action that is properly removable and pending in Colorado is properly removed to the United States District Court for the District of Colorado.

### IV.   STATE COURT NOTIFIED

11. In accordance with 28 U.S.C. § 1446(d), American will file, on this same date, a notice in the state-court action by which the state court will be notified of the removal of this action to this Court. Copies of this Notice of Removal will also be served on Plaintiff and the Pension Fund.

### V.   LOCAL RULE 81.1 REQUIREMENTS

12. American will file a current docket sheet (register of actions) from the state-court action as required by Local Rule 81.1.

13. There are no pending motions or hearings in the state-court action ***other than*** American's January 11, 2022 "return date" under the Colorado Rules of County Court Procedure

3

and Plaintiff's request for permission to serve the Pension Fund by mail contained in the Complaint. *See* Ex. A.

**WHEREFORE**, American removes this case to this Court.

Respectfully submitted this 11th day of January, 2022.

*s/ Thomas W. Carroll*
Thomas W. Carroll
Joshua B. Abromovitz
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Phone Number: 303.629.6200
Facsimile Number: 303.629.0200
Email: tcarroll@littler.com
         jabromovitz@littler.com

Michael G. Congiu
LITTLER MENDELSON, P.C.
1300 IDS CENTER
80 South 8th Street
Minneapolis, MN  55402-2136
Phone Number: 612.313.7656
Facsimile Number: 312.372.7880
Email: mcongiu@littler.com

*Attorneys for Defendant American Airlines, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2022, a true and correct copy of the foregoing **DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF REMOVAL** was filed via the CM/ECF system, and served on the following:

**By U.S. mail and email:**

Gary L. Lehman
3006 Bondesson Street
Omaha, NE  68112
Phone: 303-708-0320
Email: lehman.ceo@gmail.com

*Plaintiff*

**By email:**

Jeffrey S. Swyers
Richard S. Siegel
Slevin & Hart, P.C.
Email: jswyers@slevinhart.com
           rsiegel@slevinhart.com

Stan Gosch
William Reinken
Rosenblatt & Gosch, PLLC
Email: stan@rosenblattgosch.com
           will@rosenblattgosch.com

*Attorneys for Defendant IAM National Pension Fund*

                                         *s/ Joanna Fox*
                                         Joanna Fox, Legal Secretary

4870-6072-6024.3 / 999991-0090