County Court, Denver County, Colorado
1437 Bannock Street, Room 135
Denver, Colorado 80202, 720-865-7840

Plaintiff(s): Gary L. Lehman

v.

Defendant(s): American Airlines, Inc
IAM National Pension Fund

Attorney or Party Without Attorney (Name and Address):
Gary L. Lehman
3006 Bondesson Street
Omaha, NE 68112
Phone Number: 303-709-0320  E-mail: lehman.ceo@gmail.com
FAX Number:                  Atty. Reg. #:

▲COURT USE ONLY▲

Case Number: 21C01/91

Division          Courtroom

## COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1. American Airlines, Inc, 1 Skyview Dr Fort Worth, TX 76155
   IAM National Pension Fund 99 M. St Washington DC, defendant(s), is (are) resident(s) of
   20003-3799
   _____ County, with a post office address of _____
   Street, City _____, State of _____.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from _____, defendant(s), is/are 14708.00 dollars and ___ cents ($___), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):
   Wrong termination of union pension by the IAM National Pension Fund
   SEE ATTACHED.

5. The Defendant(s) ☐ is (are)  ☒ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

6. The Plaintiff(s) ☐ does (do) ☒ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_[signature]_
Signature of Plaintiff(s)

3006 BONDESSON ST  OMAHA, NE 68112
Address(es) of Plaintiff(s)

Signature of Attorney for Plaintiff(s) (if applicable)

Telephone Number(s) of Plaintiff(s)  303-709-0320

DCC CP NO.2 R1/14 COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

Gary Lehman v. American Airlines, Inc. and the IAM National Pension Fund

My name is Gary Lehman. I was employed as a baggage handler by American Airlines stationed in Denver, CO. While employed by American Airlines, I was a member of the International Association of Machinists and Aerospace Workers Union, Local 1886 in Commerce City, CO. In April, 2020, I accepted a special Voluntary Early Out Program(VEOP) from American Airlines and officially and irrevocably retired. April 10, 2020 was the last day I worked. Instead of a lump sum, I agreed to have the VEOP buyout amount be paid over 12 months beginning May 1, 2020.

I applied for a union pension with the IAM National Pension Fund. My pension was approved for $648.00 per month with an effective April 1, 2020. However, misinformation from American Airlines caused the National Pension Fund to believe that I was still working. The National Pension Fund didn't start my pension until August 1, 2020 and then terminated it on May 1, 2021.

I received a letter dated June 4, 2021 from the IAM National Pension Fund stating that because I had continued working at American Airlines through April, 2021, I was not entitled to pension benefits. The National Pension Fund demands the return of pension benefits paid plus interest totaling $6,092.77.

After many months of appealing to the IAM National Pension Fund to reinstate my pension, the fund office has remained firm in it's belief and has stated a final denial of my appeal. As of January, 2022, I will be out 12 months of pension benefits the IAM National Pension Fund didn't pay due to the belief that I was still working at American Airlines.

I hold American Airlines responsible for falsely reporting to the IAM National Pension Fund that I worked after my retirement in April, 2020. And, I find fault with the IAM National Pension Fund for not acknowledging a later correction by American Airlines. I've done nothing wrong to disqualify my pension. And, so far neither American Airlines nor the IAM National Pension Fund has acknowledged any wrong doing on their part.

I'm seeking the immediate reinstatement of my pension and $7,776.00 for pension benefits unpaid by the IAM National Pension Fund. Should the court not order the IAM National Pension Fund to reinstate my pension, I will ask the court to order American Airlines to pay the amount I owe the IAM National Pension Fund plus $7,776.00. I will also ask for union dues, contributions, and any other monies American Airlines might have wrongfully deducted from my VEOP payments.

I would like the court to know that I will employ a process server to serve summons to the Colorado agent for service for American Airlines, Inc.

I don't find a Colorado agent for service for the IAM National Pension Fund. I would like the court to approve service by certified mail to the IAM National Pension Fund whose address is

        99 M Street S.E. Suite 600
        Washington, DC 20003 - 3799

I'm sure the IAM National Pension Fund will contest the validity of service. I'd like the court to consider that the International Association of Machinists and Aerospace Workers(IAM) is located here in Denver. I worked for American Airlines in Denver, I was a member of local 1886 of the IAM in Denver, I earned my union pension in Denver, my qualifying VEOP retirement agreement, the very one the IAM National Pension Fund has based its position on, was signed in Denver, my IAM National Pension Fund pension application was signed in Denver, and the IAM National Pension Fund made pension deposits to my bank account in Denver as It does for other retirees here in Denver. The IAM National Pension Fund considers itself a separate entity from the IAM yet uses the website address of IAMNPF.org. Having made an argument for "minimum contacts" in Colorado, I beg the court to validate service by certified mail to the IAM National Pension Fund.

Gary Lehman